AB:MGD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GEORGE AREF NADER,

Defendant.

- - - - - - - - - - - - - - - X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE EASTERN
DISTRICT OF VIRGINIA

(Fed. R. Crim. P. 5)

No. 19-MJ-513

EASTERN DISTRICT OF NEW YORK, SS:

Ted P. Delacourt, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

Upon information and belief, on or about April 19, 2018, a warrant for the arrest of the defendant GEORGE AREF NADER was issued by the United States District Court for the Eastern District of Virginia, in connection with a felony charged in that District.

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. Upon information and belief, on or about April 19, 2018, a warrant for the arrest of the defendant NADER was issued by the United States District Court for the

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all of the relevant facts and circumstances of which I am aware.

Eastern District of Virginia, in connection with a felony charged in that District. A true and correct copy of the arrest warrant is attached hereto as Exhibit A. A true and correct copy of the felony complaint is attached as Exhibit B.

2. On or about June 3, 2019, NADER arrived at John F. Kennedy International Airport on Emirates flight EK 203 from Dubai, United Arab Emirates. Upon exiting the plane, NADER presented a United States passport, no. 505987321, exp. 09/02/2024, bearing the name "George Nader," to a United States Customs and Border Protection ("CBP") officer. CBP officers had previously been alerted to the outstanding arrest warrant, and upon reviewing the passport presented by the defendant, the CBP officer accordingly detained NADER.

3. Upon reviewing NADER's passport and confirming that NADER was indeed the individual named in the Eastern District of Virginia arrest warrant, the CBP officers turned NADER over to the custody of your deponent. Your deponent is actively involved in the investigation that gave rise to the charges in the felony complaint attached hereto, and has become familiar with NADER's appearance during the course of the investigation. Moreover, your deponent compared the photograph in NADER's passport to the appearance of the defendant and determined that the photograph is of the defendant. Your deponent also spoke with law enforcement authorities in the Eastern District of Virginia to confirm that NADER was indeed the defendant named in the arrest warrant and that the arrest warrant remained outstanding. Further, NADER identified himself to your deponent as "George Nader," and provided as his home address an address known to belong to NADER.

WHEREFORE, your deponent respectfully requests that the defendant NADER be removed to the Eastern District of Virginia so that he may be dealt with according to law.

_____
Ted P. Delacourt
Special Agent
Federal Bureau of Investigation

Sworn to before me this
3rd day of June, 2019

_____
THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

GEORGE AREF NADER

*Defendant*

Case No. 1:18-MJ-196

UNDER SEAL

RECEIVED UNITED STATES MARSHAL
2018 APR 19 PM 3: 5
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GEORGE AREF NADER ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transportation of Visual Depiction of Minors, in violation of 18 USC Section 2252(a)(1) & (b)(1).

Date: 04/19/2018

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

**INFORMATION COPY ONLY**
**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

Arresting officer's signature COPY

Printed name and title

# EXHIBIT B



AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:18-mj- *196* |
| GEORGE AREF NADER | ) | APR 19 2018 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 17, 2018** in the county of **Loudoun** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sec. 2252(a)(1) and (b)(1) | Transportation of Visual Depiction of Minors |

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

*Complainant's signature*

Reviewed by AUSA/SAUSA:
Jay V. Prabhu, Chief, Cybercrime Unit

Special Agent Ted P. Delacourt, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

Date: 04/19/2018

City and state: Alexandria, Virginia

John F. Anderson, Magistrate Judge
*Printed name and title*

**UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

APR 1 9 2018

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 1:18-MJ-196 |
| v. ) | |
| ) | **UNDER SEAL** |
| ) | |
| GEORGE AREF NADER, ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Ted P. Delacourt of the Federal Bureau of Investigation (FBI), being duly sworn under oath, do hereby depose and state:

### INTRODUCTION

1. I have been employed by the FBI since September of 2004, and as a Special Agent since September 2005. Since 2005, I have received training and experience in interviewing and interrogation techniques, and arrest and search procedures. I was assigned as a Special Agent in the Jacksonville Division in January 2006, where I worked counterterrorism and intelligence-gathering operations for approximately three years. In May 2009, I was assigned to the Washington Field Office and charged with investigating international corruption, specifically violations of the Foreign Corrupt Practices Act (FCPA) and antitrust violations. In January 2009, I was promoted to Supervisory Special Agent and assigned to the Counterterrorism Division of FBI Headquarters, specifically to the National Joint Terrorism Task Force. In August 2012, I transferred within the Counterterrorism Division to the International Operations Section I, Continental US Unit V, where I program managed

International Terrorism investigations in the Phoenix Division. I am currently assigned to the Washington Field Office, Northern Virginia Resident Agency, Child Exploitation Task Force. Since joining the FBI, I have investigated violations of federal law.

2. As a federal agent, I am authorized to investigate violation of laws of the United States and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. Since September 2014, I have been assigned to investigate violations of law concerning the sexual exploitation of children, including child pornography and child sex trafficking. I have gained experience through both formal and on-the-job training in conducting these types of investigations.

3. I am submitting this affidavit in support of a criminal complaint and arrest warrant charging the defendant GEORGE AREF NADER with Transportation of Visual Depictions of Minors, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

4. The statements contained in this Affidavit are based on my experience and background as a criminal investigator, on information provided to me by other members of the Federal Bureau of Investigation and other law enforcement officers, court records and documents, business records, interviews, publicly available information and my review of physical and documentary evidence. I have personally participated in the investigation of the offense set forth below and, as a result of my participation and review of evidence gathered in the case, I am familiar with the facts and circumstances of this investigation. Since this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included every fact resulting from the investigation. I have set forth only the facts that I

believe are necessary to establish probable cause to believe the above-named defendant has violated Title 18, United States Code, 2252(a)(1) and (b)(1), as set forth herein.

## RELEVANT FEDERAL CRIMINAL STATUTES

5. Title 18, United States Code, Section 2252(a)(1) and (b)(1) prohibits the knowing transportation of any visual depiction of minors engaging in sexually explicit conduct using any means or facility of interstate or foreign commerce or in or affecting interstate commerce by any means, including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

6. Under Title 18, United States Code, Section 2256(2)(A), "sexually explicit conduct" means "actual or simulated — (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person."

## STATEMENT OF PROBABLE CAUSE

7. GEORGE AREF NADER, hereinafter "NADER," is a citizen of the United States and Lebanon. On February 27, 1991, NADER was indicted in the Eastern District of Virginia for violations of transporting child pornography, Title 18, United States Code, Section 2252(a)(1), by a federal grand jury. The indictment resulted from a seizure of child pornography at the Washington-Dulles International Airport on July 26, 1990 of two reels of video tape concealed in candy tins. On May 6, 1991, NADER pled guilty to a single violation of Section 2252(a)(1).

8. On January 16, 2018, Search Warrant 1:18-SW-30 was sworn out in the United States District Court for the Eastern District of Virginia and signed by U.S. Magistrate Judge

3

Ivan D. Davis. The search warrant pertained to a matter unrelated to child pornography. The attachments to the search warrant specified the items to be searched as "the person of George Nader" and "Any baggage associated with George Nader...including but not limited to any check baggage associated with George Nader on flight EF 231 as well as any carry-on baggage, including but not limited to any briefcase, satchel, or duffel bag." The items to be seized included "Any electronic devices capable of storing, transmitting, or receiving information, including but not limited to: Cellular telephone, Tablet, Laptop..."

9.  On January 17, 2018, NADER departed Dubai, United Arab Emirates on a direct flight aboard Emirates Airlines Flight 231 and arrived the same day at Washington-Dulles International Airport in Dulles, Virginia. Washington-Dulles International Airport is located in the Eastern District of Virginia.

10. Upon arrival at Washington-Dulles International Airport, NADER declared to an agent from the United States Customs and Border Protection he was in possession of three iPhones. NADER was later voluntarily interviewed by FBI agents regarding a matter unrelated to child pornography. At the conclusion of the interview, NADER was informed of the existence of the search warrant issued by this Court (1:18-SW-30) and the three iPhones were subsequently seized. The iPhones seized from NADER were later specifically identified as:

   a) iPhone 5 with serial number F2NJQ55RDTTN;
   b) iPhone 6 with serial number FK1QLB5PGRYD; and
   c) iPhone 7 with serial number F2LSD2XFHFY4.

11. On January 17, 2018, Search Warrant 1:18-SC-00114 was sworn out in the United States District Court for the District of Columbia and signed by Chief U.S. District Court Judge Beryl A. Howell. The attachments to the search warrant specified the property to be searched as

"iPhone 5 with serial number F2NJQ55RDTTN, iPhone 6 with serial number FK1QLB5PGRYD, iPhone 6+ with serial number F2LSD2XFHFY4."

12. On January 18, 2018, an order was filed with the United States District Court for the District of Columbia to correct the identification of the iPhone with serial number F2LSD2XFHFY4 to properly reflect it as an iPhone 7.

13. The three iPhones seized from NADER were then forensically processed pursuant to the search warrant for a matter not involving child pornography. At the completion of the forensic processing, the digital forensic files derived from iPhone 7 with serial number F2LSD2XFHFY4 ("IPHONE 7 FILES") were made available to the case agent in that other matter for review using a forensic software package specifically designed to allow investigators to review material without risk of changing or altering the evidence.

14. On February 12, 2018, the case agent for that other matter conducted an initial review of the IPHONE 7 FILES for evidence unrelated to child pornography. During that review, the case agent in that other matter uncovered multiple files which appeared to contain child pornography. The potential child pornography matter was subsequently referred to my office, and the case was assigned to your affiant.

15. On March 5, 2018, the IPHONE 7 FILES were saved to a Seagate Hard Drive Model ST3750640AS with serial Number 5QD502SH. On March 16, 2018, Search Warrant 1:18-SW-154 was sworn out in the United States District Court for the Eastern District of Virginia and signed by US Magistrate Judge John F. Anderson. The attachments to the search warrant specified the property to be searched as "digital forensic files derived from the iPhone 7 with serial number F2LSD2XFHFY4 seized from George Aref Nader on January 17, 2018 currently located on a Seagate Hard Drive Model ST3750640AS with serial Number 5QD502SH

that is in the custody of the Federal Bureau of Investigation in its Northern Virginia Resident Office, 9325 Discovery Boulevard, Manassas, Virginia 20109." The items to be seized included, but were not limited to, fruits, evidence, and instrumentalities of "child pornography and child erotica."

16. Pursuant to the search warrant, your affiant conducted a review of the IPHONE 7 FILES located on a Seagate Hard Drive Model ST3750640AS with serial Number 5QD502SH. During that review, your affiant located a number of files that appear to be visual depictions of minors engaged in sexually explicit conduct, including:

   a) <u>Video #1:</u> The video starts with two adult females and then cuts to a prepubescent boy, approximately 7 years old, who is wearing a thawb (an ankle-length Arab garment, usually with long sleeves, similar to a robe, kaftan, or tunic). The boy lifts up the thawb exposing his penis. The boy then grabs his penis and shakes it. The boy is laughing as he does this and then drops the thawb over his privates. The video then cuts to an older male. The video has Arabic conversation from the adult females, child, and adult male. The video is 12 seconds in length.

   b) <u>Video #2:</u> The video starts with a young boy, approximately three years old, sitting on the floor with a small mechanical toy bunny that appears to knobbing up and down up against the boy's penis. An adult removes the toy and exposes the boy's penis. The boy reacts angrily and cries. The video is 4 seconds in length.

   c) <u>Video #3:</u> The video is an extended and reedited version of Video #2. The video starts with a boy, approximately three years old, sitting on the floor with a small mechanical toy bunny that appears to knobbing up and down up against the boy's penis. An adult removes the toy and exposes the boy's penis. The child reacts angrily

6

and cries. The portion of the video when the adult removes the toy, exposing the boy's penis causing him to react angrily and cry is repeated twice over. The video is approximately 13 seconds in length.

    d)     <u>Video #4</u>: The video centers on a boy approximately thirteen (13) to fourteen (14) years old seated on a wood plank floor naked from the waist down. A goat is lying before him with all four legs tied. The boy appears to penetrate the goat from behind with his penis. The goat reacts and makes noise each time the boy thrusts. The boy looks at the camera and smiles. The video is 30 seconds in length.

    e)     <u>Video #5</u>: The video centers on a boy approximately three (3) to four (4) years old in a farmyard naked from the waist down. Baby goats surround him. The boy looks at the camera before moving a few steps away. The baby goats follow. A hand from off screen reaches into frame and lifts the boy's shirt. The baby goats move in and suck on his penis. The boy looks at the camera. Laughing is heard. The video is 32 seconds in length.

    f)     <u>Video #6</u>: The video centers on a boy approximately four (4) to six (6) years old seated in a classroom with other children. The boy has the front of his pants pulled down and is masturbating. A voice calls to the boy, who turns to the camera before letting go of his penis and pulling up his pants. The video is 3 seconds in length.

    g)     <u>Video #7</u>: The video centers on three boys between the ages of six (6) and eight (8) years of age standing naked on a stage. Music plays throughout the video. Individual children approach the boys, touching the genitals of each in turn, make a gesture, and then walk away. The video is 30 seconds in length.

    h)    <u>Video #8</u>: The video centers on a boy approximately three (3) to four (4) years old in a chicken coop naked from the waist down. The boy holds a bucket on his head while chickens surround him. After a few seconds one of the chickens pecks at the boy's penis. He cries out in pain and is let out of the chicken coop by the camera operator. The camera follows the boy. The camera operator speaks to the boy in a language other than English and films his tears. The video is 30 seconds in length.

    i)    <u>Video #9</u>: The video centers on a boy approximately three (3) years old. The boy is seated, wearing a shirt but no pants. The boy holds a pair of pliers pointed at his genitals. Voices are heard speaking in a language other than English. The boy snaps the pliers closed on his own genitals and cries out in pain. The voices laugh. The video is 6 seconds in length.

    j)    <u>Video #10</u>: The video centers on the nude buttocks of a boy approximately two (2) to three (3) years old. The boy is lying down on his chest. What appears to be a number pad and buttons are drawn in black ink on the boy's buttocks. A voice speaks in a language other than English and a finger presses the numbers and buttons as if the boy were an Automated Teller Machine. The boy spreads his legs and currency is removed from under the boy's penis. A child's face appears, laughing. The video is 9 seconds in length.

    k)    <u>Video #11</u>: The video centers on a boy approximately three (3) to four (4) years old seated on a couch sharing a meal on a low table with older people. The boy reaches for something from the table and is quickly pushed onto his back on the couch. The crotch of the boy's pants splits open revealing his penis. The child begins to cry and

8

urinates all over the food on the table. The older people react. The video is 6 seconds in length.

k) <u>Video #12:</u> The video is an extended and reedited version of Video #11. The video centers on a boy approximately three (3) to four (4) years old seated on a couch sharing a meal on a low table with older people. The boy reaches for something from the table and is quickly pushed onto his back on the couch. The crotch of the boy's pants splits open revealing his penis. The child begins to cry and urinates all over the food on the table. The older people react. The video changes to black and white and proceeds in slow motion with singing in a language other than English. The reedited portion of the video when the boy's pants split revealing his penis, he cries, and urinates all over the food on the table plays twice. The video is 16 seconds in length.

## CONCLUSION

17. Based on the foregoing, and on my training, experience, and participation in this and other investigations, I submit there is probable cause to believe that on or about January 17, 2018, in the Eastern District of Virginia, GEORGE AREF NADER transported visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, 2252(a)(1) and (b)(1).

Ted P. Delacourt
Special Agent
Federal Bureau of Investigation

Sworn to before me this 19th day of April, 2018

_____/s/_____ JSA
John F. Anderson
United States Magistrate Judge
Hon. John F. Anderson
United States Magistrate Judge
Alexandria, Virginia

9