## INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Cheryl L. Pollak**   Date: **June 3, 2019**

Magistrate Case Number: **19-513M**   LOG #: **4:51 - 5:13**

Defendant's Name: **George Nader**

____ Court appointed counsel.   ✓ Defendant retained counsel.

Defense Counsel: **Christopher Clarke**   CJA: ___   FDNY: ___   RET: ✗

A.U.S.A. **Miriam Glaser**   Clerk: **M. Sica**

Interpreter: _____   Language: _____

____ ARRAIGNMENT on Complaint held.   ✓ Government Agent Sworn

____ DETENTION HEARING Held:   ____ Government opposed bail for reasons stated on the record.

____ Bond set at _____.   ____ Bond set on consent of both parties.

Defendant: ____ released   ____ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

✓ Temporary Order of Detention Issued. Bail Hearing set for **6/4/19 @ 2pm.**

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Preliminary Hearing set for: _____; or ____ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

**X** REMOVAL (Rule 5) PROCEEDING held. To the Eastern district of: **Virginia**

____ Identity hearing held. Court ____ orders removal ____ denies removal

✓ Defendant waives: ____ identity hearing ____ preliminary hearing

____ Identity/ Removal Hearing set for: _____

____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____