UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>   - against -<br><br>GEORGE AREF NADER,<br><br>                              Defendant. | 1:19-mj-00513 (CLP)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant George Aref Nader in the above-captioned action:

                              Virginia F. Tent
                              Latham & Watkins LLP
                              885 Third Avenue
                              New York, NY 10022
                              Telephone: (212) 906-1200
                              Facsimile: (212) 751-4864
                              Email: virginia.tent@lw.com

Dated: June 4, 2019                          Respectfully Submitted,
       New York, New York

                                                **LATHAM & WATKINS LLP**

                                                <u>/s/ Virginia F. Tent</u>
                                                Virginia F. Tent
                                                885 Third Avenue
                                                New York, NY 10022
                                                Tel: (212) 906-1200
                                                Fax: (212) 751-4864
                                                Email: virginia.tent@lw.com

                                                *Attorneys for Defendant*
                                                *George Aref Nader*