**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE AREF NADER,<br><br>    Defendant. | Case No. 1:19-MJ-00513-CLP<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPHER J. CLARK** |

CHRISTOPHER J. CLARK, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins, LLP, located at 885 Third Avenue, New York, New York 10022.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the States of New York and Connecticut.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me.

Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of June, 2019.

/s/ Christopher J. Clark
Christopher J. Clark